CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 29 2005

BY: JOHN F. CORCORAN, CLERK
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| LETHA HOLLAND, | ) | Civil Action No. 7:04CV00246 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| COLE NATIONAL CORP., *et al.*, | ) | |
| Defendant. | ) | By: James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED**

that the defendants' motion to dismiss (Dkt. No. 31) hereby is **GRANTED**; the Amended Complaint hereby is **DISMISSED** with prejudice as to the First and Second Causes of Action and without prejudice as to the Third and Fourth Causes of Action; and this case is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:     This 28th day of July, 2005.

/s/ James C. Turk
Senior United States District Judge